

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00471-CV

**IN THE INTEREST OF J.M.H.,** A Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02505
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights. The reporter's record was due to be filed on July 7, 2014. On July 9, 2014, the court reporter filed a notification of late record stating that appellant had failed to request the record in writing as required by Rule 34.6(b)(1) of the Texas Rules of Appellate Procedure. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court